UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62287-CIV-COHN/STRAUSS

CHERI CROWLEY,

    Plaintiff,

vs.

KILOLO KIJAKAZI,
Acting Commissioner of the Social Security
Administration,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING SUMMARY JUDGMENT TO DEFENDANT

**THIS CAUSE** is before the Court upon the Report and Recommendation [DE 27] of Magistrate Judge Jared Strauss, entered on June 30, 2022 ("Report"), Plaintiff's Motion for Summary Judgment [DE 21], and Defendant's Motion for Summary Judgment [DE 24] (collectively "Motions for Summary Judgment").  The Court has carefully reviewed the Report, the Motions for Summary Judgment, and the record in this case, and is otherwise fully advised in the premises.

The Court notes that the Plaintiff has not filed any objections to the Report, and that the time for filing such objections passed on July 14, 2022.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion.  Loconte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).  As to the legal conclusions of the Magistrate Judge, the Court has reviewed the arguments of the parties.  The Court agrees with the reasoning and

analysis of the Magistrate Judge that the Plaintiff's Motion for Summary Judgment should be denied and the Defendant's Motion for Summary Judgment should be granted.  Substantial evidence supports the Administrative Law Judge's determination that Plaintiff is not disabled within the meaning of the Social Security Act.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 27] is hereby **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment [DE 21] is **DENIED**;

3. Defendant's Motion for Summary Judgment [DE 24] is **GRANTED**;

4. The decision of the Commissioner in this case is **AFFIRMED**, and the Complaint [DE 1] in this case is **DISMISSED** on the merits; and

5. The Court will enter a separate judgment.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of July, 2022

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.